UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:21-24361-CIV-KING/REID

POWER CROWN LTD., CO.,

     Plaintiff,

v.

YULIA YURIEVNA ANDRYUKHINA,

     Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report and Recommendation regarding Plaintiff Power Crown LTD., Co.'s Motion for Default Judgment against Defendant Yulia Yurievna Andryukhina, entered February 18. 2025. (DE 19). Plaintiff filed objections on March 11, 2025. (DE 22).

I have conducted a *de novo* review of the Report issued by Magistrate Judge Reid in this case. I have also reviewed Plaintiff's objections, the record as a whole, and applicable law. I agree with Judge Reid's conclusion that this Court lacks personal jurisdiction over Defendant and therefore cannot enter an order of default judgment against it. I further agree that even absent this jurisdictional obstacle, Plaintiff's Motion for Default Judgment (DE 17) should be denied because none of the Counts set forth in the Complaint are sufficiently pled. I have considered Plaintiff's objections and its arguments are unavailing.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Objections to the Report and Recommendation (DE 22) are **OVERRULED.**

(2) Magistrate Judge Reid's Report and Recommendation (DE 19) is **ADOPTED**.

2

(3) Plaintiff's Motion for Final Default Judgment (DE 17) is **DENIED**.

(4) This case is **DISMISSED** without prejudice for lack of personal jurisdiction.

(5) The Clerk of the Court is directed to **CLOSE THIS CASE.**

(6) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in Miami, Florida, this 17th day of March, 2025.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record